No. 85-1461. AIKEN, WARDEN v. HYMAN; and
No. 85-6638. HYMAN v. AIKEN, WARDEN. C. A. 4th Cir. Motions of William G. Hyman for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and cases

remanded for further consideration in light of *Rose* v. *Clark, ante,* p. 570, and *Cabana* v. *Bullock,* 474 U. S. 376 (1986). Reported below: 777 F. 2d 938.